| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Michael | J. | Stoltz |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the District of Alaska | | | |
| Case number: | A20-00202 | | |

☐ Check if this is an amended filing

## Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1: Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

    ☐ Married
    ■ Not Married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

    ■ No
    ☐ Yes. List all of the places you have lived in the last 3 years. Do not include where you live now

    | Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
    |---|---|---|---|
    | | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
    | Number  Street | From _____ | Number  Street | From _____ |
    | City   State   Zip code | To _____ | City   State   Zip code | To _____ |
    | Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
    | | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
    | Number  Street | From _____ | Number  Street | From _____ |
    | City   State   Zip code | To _____ | City   State   Zip code | To _____ |

3. **Within the last 8 years, have you lived with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

    ■ No
    ☐ Yes. Make sure you fill out Schedule H: Your Codebtors (Official Form 106H)

| Debtor 1 | Michael | J. | Stoltz | Case number (if known): A20-00202 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Explain the Sources of Your Income

**4. Did you have income from employment or operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy | ■ Wages, commissions, bonuses and tips<br>☐ Operating a business | $ 34,106.76 | ☐ Wages, commissions, bonuses and tips<br>☐ Operating a business | |
| For last calendar year January 1 to December 31, 2019 | ■ Wages, commissions, bonuses and tips<br>☐ Operating a business | $ 87,865.63 | ☐ Wages, commissions, bonuses and tips<br>☐ Operating a business | |
| For last calendar year January 1 to December 31, 2018 | ■ Wages, commissions, bonuses and tips<br>☐ Operating a business | $ 61,146.34 | ☐ Wages, commissions, bonuses and tips<br>☐ Operating a business | |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
■ Yes. Fill in the details

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Describe below. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Describe below. | Gross income<br>(before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy | Military retirement benefits | $ 13,288.68 | | |
| | Veterans disability benefits | $ 3,287.83 | | |
| | Unemployment compensation | $ 4,180.00 | | |
| | Rental income | $ 16,320.00 | | |
| | Stimulus payment | $ 1,200.00 | | |
| For last calendar year January 1 to December 31, 2019 | Military retirement benefits | $ 26,192.58 | | |
| | Veterans disability benefits | $ 5,556.00 | | |
| | Rental income | $ 6,000.00 | | |
| | Alaska Permanent Fund Dividend | $ 1,606.00 | | |
| For last calendar year January 1 to December 31, 2018 | Military retirement benefits | $ 25,508.27 | | |
| | Veterans disability benefits | $ 5,475.72 | | |
| | Rental income | $ 12,000.00 | | |
| | Alaska Permanent Fund Dividend | $ 1,600.00 | | |

Official Form 107   **Statement of Financial Affairs for Individuals Filing for Bankruptcy**   Page   2

Debtor 1  Michael  J.  Stoltz             Case number (if known): A20-00202
         First Name  Middle Name  Last Name

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |

6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?

   ■ **No. Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825.00* or more?

   ■ No. Go to line 7.

   ☐ Yes. List below each creditor to whom you paid a total of $6,825.00 or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligation, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

   * Subject to adjustment on 4/01/2022 and every 3 years after that for cases filed on or after the date of adjustment.

   ☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600.00 or more?

   ☐ No. Go to line 7.

   ☐ Yes. List below each creditor to whom you paid a total of $600.00 or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligation, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for |
|---|---|---|---|---|
| Mid-America Mortgage<br>Creditor's Name<br><br>See Schedule D<br>Number   Street<br><br>City         State         Zip code | Monthly | $ 1,409.00 | See Schedule D | ■ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or venders<br>☐ Other: _____ |
| Alaska USA Federal Credit Union<br>Creditor's Name<br><br>See Schedule D<br>Number   Street<br><br>City         State         Zip code | Monthly | $ 1,992.10 | See Schedule D | ■ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or venders<br>☐ Other: _____ |
| Alaska USA Federal Credit Union<br>Creditor's Name<br><br>See Schedule D<br>Number   Street<br><br>City         State         Zip code | Monthly | $ 640.00 | See Schedule D | ☐ Mortgage<br>■ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or venders<br>☐ Other: _____ |
| Alaska USA Federal Credit Union<br>Creditor's Name<br><br>See Schedule D<br>Number   Street<br><br>City         State         Zip code | Monthly | $ 343.71 | See Schedule D | ☐ Mortgage<br>■ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or venders<br>☐ Other: _____ |
| Alaska USA Federal Credit Union<br>Creditor's Name<br><br>See Schedule E/F<br>Number   Street<br><br>City         State         Zip code | Monthly | $ 400.00 | See Schedule E/F | ☐ Mortgage<br>☐ Car<br>■ Credit card<br>☐ Loan repayment<br>☐ Suppliers or venders<br>☐ Other: _____ |

Official Form 107     **Statement of Financial Affairs for Individuals Filing for Bankruptcy**     Page 3

Debtor 1    Michael    J.    Stoltz      Case number (if known): A20-00202
First Name    Middle Name    Last Name

| Creditor | Dates of payment | Total amount paid | Amount you still owe | Was this payment for |
|---|---|---|---|---|
| Ally Financial<br>See Schedule D | Monthly | $235.00 | See Schedule D | ☐ Mortgage<br>■ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or venders<br>☐ Other: _____ |
| Discover<br>See Schedule E/F | Monthly | $400.00 | See Schedule E/F | ☐ Mortgage<br>☐ Car<br>■ Credit card<br>☐ Loan repayment<br>☐ Suppliers or venders<br>☐ Other: _____ |
| Discover<br>See Schedule E/F | Monthly | $212.00 | See Schedule E/F | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>■ Loan repayment<br>☐ Suppliers or venders<br>☐ Other: _____ |
|  |  |  |  | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or venders<br>☐ Other: _____ |
|  |  |  |  | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or venders<br>☐ Other: _____ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed to anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate s a sole proprietor. 11 U.S.C. §101. Include payments for domestic support obligations, such as child support and alimony
   ■ No.
   ☐ Yes. List all payments to an insider.

| Creditor's Name / Insider's Name | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
|  |  |  |  |  |

Debtor 1  Michael  J.  Stoltz  Case number (if known): A20-00202
        First Name   Middle Name   Last Name

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefitted an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No.
☐ Yes. List all payments that benefitted an insider

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Creditor's Name | | | $ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or venders<br>☐ Other: _____ |
| Number Street | | | | |
| City State Zip code | | | | |
| Creditor's Name | | | $ | |
| Number Street | | | | |
| City State Zip code | | | | |

---

### Part 4:   Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No.
■ Yes. **Fill in the details**.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Transportation Alliance Bank, Inc., d/b/a TAB Bank, a Utah corporation<br>v.<br>Acelce Trucking, an Alaska partnership; Michael J. Stoltz, an individual and Ace Andonov, an individual<br>Case No.: 200903779 | Debt collection | Third Judicial District Court, Salt Lake County, State of Utah<br>Court Name<br>Number Street<br>City State Zip code | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| v.<br>Case No.: _____ | | Court Name<br>Number Street<br>City State Zip code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor 1 | Michael | J. | Stoltz | Case number (if known): A20-00202 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| v. | | Court Name _____ <br> Number Street _____ <br> City   State   Zip code | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case No.: _____ | | | |
| v. | | Court Name _____ <br> Number Street _____ <br> City   State   Zip code | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case No.: _____ | | | |
| v. | | Court Name _____ <br> Number Street _____ <br> City   State   Zip code | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case No.: _____ | | | |
| v. | | Court Name _____ <br> Number Street _____ <br> City   State   Zip code | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case No.: _____ | | | |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
   Check all that apply and fill in the information below.

   ■ No.  Go to line 11.
   ☐ Yes. Fill in the information below.

| | Describe the property | Date | Value of property |
|---|---|---|---|
| Creditor's Name <br> Number Street <br> City   State   Zip code | Explain what happened: <br> ☐ Property was repossessed. <br> ☐ Property was foreclosed. <br> ☐ Property was garnished. <br> ☐ Property was attached, seized or levied. | _____ | $ _____ |

Official Form 107                    **Statement of Financial Affairs for Individuals Filing for Bankruptcy**                    Page    6

Debtor 1  Michael  J.  Stoltz  Case number (if known): A20-00202
         First Name  Middle Name  Last Name

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.
   ■ No.
   ☐ Yes. **Fill in the details**.

   | Creditor's Name / Address | Describe the action the creditor took | Date action was taken | Amount |
   |---|---|---|---|
   | Creditor's Name<br>Number  Street<br>City  State  Zip code | Last 4 digits of account number __ __ __ __ | | $ |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court appointed receiver, a custodian, or another official?**
   ■ No.
   ☐ Yes.

---

### Part 5: List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600.00 per person?**
   ■ No.
   ☐ Yes. **Fill in the details**.

   | Gifts with a total value of more than $600.00 per person | Describe the gifts | Date you gave the gifts | Value |
   |---|---|---|---|
   | Person to Whom You Gave the Gift<br>Number  Street<br>City  State  Zip code<br>Person's relationship to you: ___ | | | |
   | Person to Whom You Gave the Gift<br>Number  Street<br>City  State  Zip code<br>Person's relationship to you: ___ | | | |

Debtor 1   Michael J. Stoltz                Case number (if known): A20-00202
           First Name / Middle Name / Last Name

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600.00 per charity?**

■ No.
☐ Yes. **Fill in the details**.

| Gifts or contributions to charities that total more than $600.00 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
|  | Money |  |  |

Charity's Name
Number  Street
City     State     Zip code

| Gifts or contributions to charities that total more than $600.00 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|

Charity's Name
Number  Street
City     State     Zip code

## Part 6: List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster or gambling?**

■ No.
☐ Yes. **Fill in the details**.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss. Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property* | Date of your loss | Value of lost property |
|---|---|---|---|

## Part 7: List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy

☐ No.
■ Yes. **Fill in the details**.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| | Cash payment | July, 2020 | $ 1,500.00 |

Robert P. Crowther
Person Who Was Paid

1113 W. Fireweed Lane, Suite 200
Number  Street

Anchorage, AK 99503
City     State     Zip code

rcrowther@gci.net
E-mail or website address

Person Who Made the Payment, if Not You

| Debtor 1 | Michael | J. | Stoltz | Case number (if known): A20-00202 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

_____
Person Who Was Paid

_____
Number  Street

_____

_____
City        State        Zip code

_____
E-mail or website address

_____
Person Who Made the Payment, if Not You

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.
■ No.
☐ Yes.  **Fill in the details**.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| | | _____ | $ _____ |

_____
Person Who Was Paid

_____
Number  Street

_____

_____
City        State        Zip code

_____
Person Who Made the Payment, if Not You

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement
■ No.
☐ Yes.  **Fill in the details**.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

_____
Person Who Received Transfer

_____
Number  Street

_____

_____
City        State        Zip code

Person's relationship to you: _____

_____
Person Who Received Transfer

_____
Number  Street

_____

_____
City        State        Zip code

Person's relationship to you: _____

Official Form 107          **Statement of Financial Affairs for Individuals Filing for Bankruptcy**          Page 9

Debtor 1  Michael         J.          Stoltz
         First Name    Middle Name    Last Name

Case number (if known): A20-00202

---

Person Who Received Transfer

Number  Street

City          State         Zip code

Person's relationship to you:

---

Person Who Received Transfer

Number  Street

City          State         Zip code

Person's relationship to you:

---

Person Who Received Transfer

Number  Street

City          State         Zip code

Person's relationship to you:

---

Person Who Received Transfer

Number  Street

City          State         Zip code

Person's relationship to you:

---

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

- ■ No.
- ☐ Yes. **Fill in the details**.

| Description and value of property transferred | Date transfer was made |
|---|---|

Name of trust: _____

---

| Part 8: | List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, of for your benefits, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

- ☐ No.
- ■ Yes. **Fill in the details**.

| | Last 4 digits of account numbers | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| First National Bank Alaska<br>Name of Financial Institution<br><br>8725 Old Seward Highway<br>Number  Street<br><br>Anchorage, AK 99515<br>City          State         Zip code | 8 8 5 0<br><br>__ __ __ __ | ■ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other: _____ | Spring, 2020 | Nominal |

Official Form 107            **Statement of Financial Affairs for Individuals Filing for Bankruptcy**            Page    10

| Debtor 1 | Michael | J. | Stoltz | Case number (if known): A20-00202 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

___ ___ ___ ___
Name of Financial Institution     ___ ___ ___ ___
☐ Checking
☐ Savings
☐ Money market
☐ Brokerage
☐ Other: _____

Number   Street

_____
City   State   Zip code

___ ___ ___ ___
Name of Financial Institution     ___ ___ ___ ___
☐ Checking
☐ Savings
☐ Money market
☐ Brokerage
☐ Other: _____

Number   Street

_____
City   State   Zip code

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash or other valuables?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No.
■ Yes. **Fill in the details**.

| | Who else had access to it? | Describe the contents | Do you still have it |
|---|---|---|---|
| First National Bank Alaska<br>Name of Financial Institution<br>1821 Gambell Street<br>Number Street<br><br>Anchorage, AK 99501<br>City   State   Zip code | Name<br><br>Number Street<br><br>City   State   Zip code | Mr. Stoltz's wedding ring, living will and other important papers | ☐ No.<br>■ Yes. |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ No.
☐ Yes. **Fill in the details**.

| | Who else had access to it? | Describe the contents | Do you still have it |
|---|---|---|---|
| Name of Storage Facility<br><br>Number Street<br><br>City   State   Zip code | Name<br><br>Number Street<br><br>City   State   Zip code | | ☐ No.<br>☐ Yes. |

## Part 9: Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for or hold in trust for someone.**

☐ No.
■ Yes. **Fill in the details**.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Joshua J. Stoltz<br>Owner's Name<br>3439 McKenzie Drive (part-time)<br>Number Street<br><br>Anchorage, AK 99517<br>City   State   Zip code | On deposit with Alaska USA Federal Credit Union and held in cash<br>Number Street<br><br>City   State   Zip code | Funds formerly in a college savings account or "teen checking" account at the First National Bank Alaska in the name of Joshua J. Stoltz but with the Debtor as authorized signer and listed as co-owner. These funds were withdrawn from First National on June 26, 2020 with a portion ($10,760.03) deposited by Joshua J. Stoltz in an account at Alaska USA Federal Credit Union and an additional $10,000.00 in cash held by the Debtor | $20,400.00 on the petition date |

Debtor 1    Michael    J.    Stoltz      Case number (if known): A20-00202
           First Name    Middle Name    Last Name

Owner's Name            Number  Street

Number  Street

                                       City    State    Zip code

City    State    Zip code

---

### Part 10: Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:
"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, ground water, or other medium, including statutes or regulations contolling the cleanup of these substances, wastes or material.
"Site" means any location, facility, or property as defined under any Environmental Law, whether you now own, operate or utilize it or used to own, operate, or utilize it, including disposal sites.
"Hazardous Material" means anything an Environmental Law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**
- ■ No.
- ☐ Yes. **Fill in the details**.

                               Governmental unit           Environmental law, if you know it      Date of notice

Name of site                        Governmental unit

Number  Street                    Number  Street

                                       City    State    Zip code

City    State    Zip code

**25. Have you notified any governmental unit of any release of hazardous material?**
- ■ No.
- ☐ Yes. **Fill in the details**.

                               Governmental unit           Environmental law, if you know it      Date of notice

Name of site                        Governmental unit

Number  Street                    Number  Street

                                       City    State    Zip code

City    State    Zip code

**26. Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and orders.**
- ■ No.
- ☐ Yes. **Fill in the details**.

           Court or agency              Nature of the case                Status of the case

                                                                                 ☐ Pending
           Court Name                                                             ☐ On appeal
                                                                                   ☐ Concluded

v.

           Number  Street

Case number: _____

           City    State    Zip code

Debtor 1   Michael   J.   Stoltz                         Case number (if known): A20-00202
           First Name  Middle Name  Last Name

| Part 11: | Give Details About Your Business or Connections to Any Business |
|---|---|

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

- ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time and part-time
- ■ A member of a limited liability company (LLC) or limited liability partnership (LLP)
- ☐ A partner in a partnership
- ☐ An officer, director, or managing executive of a corporation
- ☐ An owner of at least 5 % of the voting or equity securities of a corporation

- ☐ No.   None of the above applies.  Go to Part 12
- ■ Yes.  Check all that apply above and fill in the details below for each business

Aceice Trucking
Business Name

Describe the nature of the business: Trucking operation

Employer identification number
Do not include Social Security number or ITIN
EIN: __ __ - __ __ __ __ __ __ __

8111 Berry Patch Drive
Number  Street

Name of accountant or bookkeeper

Dates business existed
From July, 2016 to July, 2019

Anchorage, AK 99502
City       State    Zip code

Business Name

Describe the nature of the business

Employer identification number
Do not include Social Security number or ITIN
EIN: __ __ - __ __ __ __ __ __ __

Number  Street

Name of accountant or bookkeeper

Dates business existed
From _____ to _____

City       State    Zip code

Business Name

Describe the nature of the business

Employer identification number
Do not include Social Security number or ITIN
EIN: __ __ - __ __ __ __ __ __ __

Number  Street

Name of accountant or bookkeeper

Dates business existed
From ____ To ____

City       State    Zip code

Debtor 1    Michael    J.    Stoltz    Case number (if known): A20-00202
        First Name   Middle Name   Last Name

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institution, creditors or other parties**

■ No.
☐ Yes. **Fill in the details**.

Date issued

Name        MM/DD/YYYY
Number Street

City    State    Zip code

Name        MM/DD/YYYY
Number Street

City    State    Zip code

Name        MM/DD/YYYY
Number Street

City    State    Zip code

## Part 12:    Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000.00, or imprisonment for up to 20 years, or both
18 U.S.C. §§152, 1341, 1519, and 3571.

/s/ Michael M. Stoltz
Signature of Debtor 1            Signature of Debtor 2
Date: 08/31/2020            Date:

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals filing Bankruptcy* (Official Form 107)?
■ No.
☐ Yes.

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
■ No.
☐ Yes. Name of person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).